ERIN M. MURPHY (No. 285087)
Deputy Federal Public Defender
(E-mail: Erin_Murphy@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5310

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 7 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JORGE SIERRA HERNANDEZ DEFENDANT. | CASE NUMBER: 2:25-MJ-3829 <br><br> DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
|---|---|

I, __JORGE SIERRA HERNANDEZ__, declare that
(Defendant/Material Witness)

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __27__ day of __June__, 20__25__
at Los Angeles, California
(City and State)

_____
Signature of Defendant/Material Witness

---

If the declarant is not an English speaker, include the following:
I, __JESUS RIVERA__, am fluent in written and spoken English and __SPANISH__ languages. I accurately translated this form from English into __SPANISH__ to declarant __JORGE SERRA HERNANDEZ__ on this date.

Date: __6/27/25__

_____
Interpreter

CR-37 (05/15)                DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS