BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
DECLAN T. CONROY (Cal. Bar No. 350570)
Assistant United States Attorney
Transnational Organized Crime Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2872
     Facsimile: (213) 894-0142
     E-mail:    declan.conroy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 25-MJ-3829-DUTY |
|---|---|
| Plaintiff, | UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| JORGE SIERRA HERNANDEZ, | |
| Defendant. | |

The United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendant JORGE SIERRA HERNANDEZ without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Counsel for defendant, Erin Murphy, does not object to this request.

//
//
//

1

The government further requests that defendant's bond be exonerated on this charge.

Dated: July 17, 2025           Respectfully submitted,

                                          BILAL A. ESSAYLI
                                        United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                                          /s/
                                        DECLAN T. CONROY
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA